177 A.3d 118

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT, v. ANTHONY IRIZARRY A/K/A TONE, DEFENDANT–CROSS–PETITIONER.

C–423 September Term 2017
079684

December 8, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–001518–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied.